# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

SHIRLEY DAVIS,

    PLAINTIFF,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1-1V,

    DEFENDANTS

CASE NO.: CV-16-39-GF-BMM-JTJ

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to written Stipulation by and between counsel that the above-captioned matter has been fully and finally compromised and settled upon the merits, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and each party to pay their respective costs and fees of any kind or nature.

Dated this 6th day of March, 2017.

_____
Brian Morris
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE          PAGE 1